IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

PAUL X. BROWN, )
CRYSTAL BROWN and )
THE UNITED STATES OF AMERICA, )
)
         Plaintiffs, )
)
vs. ) Case No. 07-3310-CV-S-GAF
)
ST. ROBERT, MISSOURI, et al., )
)
         Defendants. )

## ORDER OF DISMISSAL AS TO PLAINTIFFS PAUL X. BROWN AND CRYSTAL BROWN ONLY

Now before the Court is the Stipulation of Dismissal With Prejudice as to Plaintiffs Paul X. Brown and Crystal Brown Only. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice as to Plaintiffs Paul X. Brown and Crystal Brown only, with each party to bear its own costs and fees. All claims asserted by the United States of America as a Plaintiff against the Defendants remain pending.

                                      s/ Gary A. Fenner
                                      Gary A. Fenner, Judge
                                      United States District Court

DATED: July 1, 2009